UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEDRIC M. WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12CV107AGF |
| ST. LOUIS BOARD OF POLICE COMM'RS, et al., | ) |
| Defendants. | ) |

## DEFENDANTS SLAY, IRWIN, BATTLE-TURNER, GRAY, ISOM, LEYSHOCK, AND WISMAR'S FIRST SUPPLEMENTAL RULE 26 DISCLOSURES

Defendants Francis Slay, Jr., Thomas Irwin, Bettye Battle-Turner, Richard H. Gray, Daniel Isom, Gerald Leyshock, and Andrew Wismar, by and through counsel, provide the following first supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) and the Case Management Order (Doc. No. 50).

i. Defendants identify the following individuals likely to have discoverable information that the disclosing party may use to support its claims or defenses:

    1. Sergeant Andrew Crews, Commander of Warrant/Fugitive Section, SLMPD. Sgt. Crews is likely to have discoverable information regarding the Warrant/Fugitive Section of SLMPD and the issuance of warrants. Sgt. Crews may be contacted through undersigned counsel.

1

2. Sergeant Vincent Simpher, Commander of Prisoner Processing Division, SLMPD. Sgt. Simpher is likely to have discoverable information regarding the processing of prisoners at the City Justice Center. Sgt. Simpher may be contacted through undersigned counsel.

3. Mark Garanzini, Office Coordinator of Prisoner Processing Division, SLMPD. Mark Garanzini is likely to have discoverable information regarding the processing of prisoners at the City Justice Center. Mark Garanzini may be contacted through undersigned counsel.

4. Samantha Webb, Manager of the Identification Section, SLMPD. Samantha Webb is likely to have discoverable information about the Identification Section within the Crime Laboratory. Samantha Webb may be contacted through undersigned counsel.

5. Joyce Murphy, Area Clerk, SLMPD. Joyce Murphy was the booking officer at South Patrol on the date of plaintiff's arrest and generated the arrest register. Joyce Murphy may be contacted through undersigned counsel.

6. Lt. Daryle Noble, Third District Lieutenant, SLMPD. Lt. Noble approved plaintiff's charges on August 20, 2011. Lt. Noble may be contacted through undersigned counsel.

7. Sgt. Michael Regan, Third District Sergeant, SLMPD. Sgt. Regan approved plaintiff's booking. Sgt. Regan may be contacted through undersigned counsel.

8. Major Gerald Leyshock, Defendant. Major Leyshock was the Commander of the Third District at the time of plaintiff's arrest. Major Leyshock may be contacted through undersigned counsel.

9. Daniel Isom, Defendant. Daniel Isom was the Chief of Police at the time of plaintiff's arrest. Daniel Isom may be contacted through undersigned counsel.

10. Custodian of Records, SLMPD.

ii. Defendants identify the following documents that Defendants may use to support their claims or defenses. The documents that are bates labeled Wright 772-49115 are enclosed to counsel with this supplemental disclosure.

|  | Bates Numbers: |
|---|---|
| Prisoner Forwarding Form | Wright 13 |
| Printout of I/NetViewer - Event Chronology – P1108201261 | Wright 14-15 |
| Printout of I/NetViewer – Event Information – P1108201261 | Wright 16 |
| Printout of Event Unit Information | Wright 17-18 |
| Calls For Service Report, Call ID: P1108201261 | Wright 19 |
| IRIS Mugshot Report and mugshots | Wright 20-24 |
| Basic Recruit Final Evaluation for Andrew Wismar | Wright 25 |
| POST St. Louis Police Academy Basic Training Schedule for Class 2007-05 | Wright 26-61 |
| Objectives for Constitutional Law Class at the Academy, 12/15/04 | Wright 62-64 |
| Section III of Special Order 8-01, December 8, 2010 | Wright 65-72 |
| Section IV of Special Order 8-01, December 30, 2009 | Wright 73-87 |
| LID file for Cedric Wright | Wright 88-132 |
| LID file for Corey Leonard | Wright 133-233 |
| Special Order 5-33, September 20, 2010 | Wright 234-238 |
| Section III of Special Order 5-11, April 14, 2009 | Wright 239-247 |

Section I of Special Order 5-12, October 28, 2010         Wright 248-255

Special Order 5-33, July 19, 2012                          Wright 256-261

Special Order 5-33, April 12, 2012                         Wright 262-267

Section IV of Special Order 6-02, July 13, 2007            Wright 268-269

Section I of Special Order 6-02, October 5, 2011           Wright 270-273

Section I of Special Order 6-02, August 25, 2007           Wright 274-277

Section II of Special Order 6-02, July 13, 2007            Wright 278-283

Section III of Special Order 6-02, August 25, 2007         Wright 284-286

Section III of Special Order 8-01, December 8, 2010        Wright 287-294

Section V of Special Order 6-02, July 13, 2007             Wright 295-296

Section VI of Special Order 6-02, August 25, 2007          Wright 297-299

Section VII of Special Order 6-02, July 13, 2007           Wright 300-301

Section VIII of Special Order 6-02, October 5, 2011        Wright 302-304

Section VII of Special Order 8-03, August 19, 2007         Wright 305-306

Section IV of Special Order 8-01, December 30, 2009        Wright 307-321

Section VI of Special Order 8-01, December 30, 2009        Wright 322-342

Section I of Special Order 8-03, October 27, 2009          Wright 343-344

Section II of Special Order 8-03, August 19, 2007          Wright 345

Section III of Special Order 8-03, August 19, 2007         Wright 346-348

Section IV of Special Order 8-03, December 29, 2009        Wright 349-353

Section IX of Special Order 8-03, December 8, 2010         Wright 354-357

| | |
|---|---|
| Section V of Special Order 8-03, December 29, 2009 | Wright 358-364 |
| Section VI of Special Order 8-03, December 29, 2009 | Wright 365-366 |
| Section V of Special Order 9-09, September 8, 2010 | Wright 367 |
| Section VIII of Special Order 8-03, August 19, 2007 | Wright 368-369 |
| Section X of Special Order 8-03, December 29, 2009 | Wright 370-376 |
| Section XI of Special Order 8-03, December 29, 2009 | Wright 377-378 |
| Section XII of Special Order 8-03, November 18, 2010 | Wright 379-381 |
| Section III of Special Order 8-04, August 16, 2010 | Wright 382-394 |
| Section I of Special Order 8-10, June 6, 2007 | Wright 395-396 |
| Section II of Special Order 8-10, June 6, 2007 | Wright 397-402 |
| Section III of Special Order 8-10, November 23, 2010 | Wright 403-404 |
| Section IV of Special Order 8-10, June 6, 2007 | Wright 405 |
| Section V of Special Order 8-10, June 6, 2007 | Wright 406-407 |
| Section I of Special Order 9-08, August 15, 2011 | Wright 408-409 |
| Section I of Special Order 9-08, March 9, 2005 | Wright 410-411 |
| Sections 12.2.1.a and 1.1.2 of the Police Manual, November 17, 2010 | Wright 412-417 |
| Sections 12.2.1.a and 1.1.2 of the Police Manual, February 4, 2011 | Wright 418-423 |
| Sections 12.2.1.a and 1.1.2 of the Police Manual, July 6, 2011 | Wright 424-429 |
| Sections 12.2.1.a and 1.1.2 of the Police Manual, August 22, 2012 | Wright 430-435 |

| | |
|---|---|
| Rule 7 of the Police Manual | Wright 436-476 |
| Rule 7 of the Police Manual, May 16, 2012 | Wright 477-521 |
| Rule 7 of the Police Manual, May 16, 2012 | Wright 522-567 |
| Rule 7 of the Police Manual | Wright 568-608 |
| Rule 8 of the Police Manual | Wright 609-625 |
| Rule 8 of the Police Manual | Wright 626-641 |
| Rule 8 of the Police Manual | Wright 642-657 |
| Rule 9 of the Police Manual | Wright 658-664 |
| SLMPD Custom – Training Quick for Andrew Wismar | Wright 665-666 |
| Email from Andrew Crews, August 3, 2012, Prisoner Identification – Running an OCN | Wright 667-670 |
| Unpacked Warrant for Corey Leonard | Wright 671 |
| Printout of REJIS search for Corey Leonard | Wright 673-681 |
| Printouts of REJIS searches for Cedric Wright | Wright 682-686 |
| Printouts of REJIS searches for Corey Leonard | Wright 687-692 |
| Metropolitan Police Department – City of St. Louis Organizational Charts | Wright 693-694 |
| Canceled Warrant for Corey Leonard | Wright 695 |
| Printout of REJIS search for Cedric Wright, Performed by Andrew Wismar | Wright 696-700 |
| Printout of REJIS search for Corey Leonard Performed by Andrew Wismar | Wright 701-715 |

| | |
|---|---|
| Email from Eddie Roth, January 29, 2012, Prisoner Identification Verification and Optimization Team (PIVOT) | Wright 716-771 |
| CD containing In-car Camera Footage | Wright 772 |
| Internal Affairs Division's Annual Statistics, January 2007 to December 2012 | Wright 773-790 |
| Email from SLMPD Reports Administrator, dated August 21, 2011, with attachment | Wright 791-794 |
| Email from Mary Beth Ruby, dated August 22, 2011, With attachment | Wright 795-859 |
| Fingerprint Orders and SLMPD's responses, 2007 To 2011 | Wright 860-1070 |
| Confined Prisoners Listing for August 22, 2011 Docket, page 18 | Wright 1071 |
| Documents from Major Michael Caruso related to PIVOT and the Prisoner Misidentification Project | Wright 1072-1154 |
| Certified Copy of Court File for Case Number 0822-CR05202 | Wright 1155-1194 |
| Certified Copy of Court File for Case Number 0922-CR00381 | Wright 1195-1274 |
| Certified Copy of Court File for Case Number 0922-CR02343 | Wright 1275-1347 |
| CD containing Alias Notification Emails | Wright 1348-49113 |
| Memorandum from Sgt. Vic Paciorko, dated February 7, 2012 | Wright 49114-49115 |

## CERTIFICATE OF SERVICE

A copy of the foregoing was placed in the U.S. mail, postage prepaid, this 12 day of June, 2013 to:

Mr. James O. Hacking, III
Ms. Jennifer L. Shoulberg
Hacking Law Practice, LLC
34 N. Gore, Suite 101
St. Louis, Missouri 63119
*Attorneys for Plaintiff*

Mr. Daniel J. Emerson
City Counselor's Office
Room 314, City Hall
St. Louis, MO 63103
*Attorney for Defendants St. Louis City Sheriff's Department, Sheriff Murphy, St. Louis City Division of Corrections, and Bryson*

_____
Assistant Attorney General