UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEDRIC M. WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12CV107AGF |
| ST. LOUIS BOARD OF POLICE COMM'RS, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE EXHIBITS UNDER PROTECTIVE SEAL**

Defendants Francis Slay, Jr., Thomas Irwin, Bettye Battle-Turner, Richard H. Gray, Daniel Isom, Gerald Leyshock, and Andrew Wismar, by and through counsel, move for leave under E.D.Mo. L.R. 13.05 to file under seal Exhibits B, E, F, G, H, and J, attached in support of their Memorandum in Support of Motion for Summary Judgment.

In support of their motion, Defendants state that these exhibits are covered by this Court's protective order (Doc. 58) and contain personal identifying information and other confidential information. After this Court has an opportunity to view Exhibits B, E, F, G, H, and J it "may later unseal the filing or order the person who made the filing to file a redacted version for the public record." Fed. R. Civ. P. 5.2(d).

1

WHEREFORE, Defendants Slay, Irwin, Battle-Turner, Gray, Isom, Leyshock, and Wismar respectfully move this Court for an Order allowing Exhibit B, E, F, G, H, and J in support of their Memorandum in Support of Motion for Summary Judgment to be filed under protective seal.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/ *Karin A. Schute*
Karin A. Schute, #62019MO
Chris R. Hoell, #54011MO
Assistant Attorneys General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, Missouri 63188
Phone: (314) 340-7861
Fax: (314) 340-7029
*Attorneys for Defendants Slay, Irwin, Battle-Turner, Gray, Isom, Leyshock, and Wismar*

## CERTIFICATE OF SERVICE

I certify that on this 16 day of September, 2013, I electronically filed the foregoing with the clerk of this Court by using the CM/ECF system, to be served by operation of the Court's electronic filing system, to the following:

Mr. James O. Hacking, III
Ms. Jennifer Shoulberg
Hacking Law Practice, LLC
34 N. Gore, Suite 101
St. Louis, Missouri 63119
*Attorneys for Plaintiff*

Mr. Daniel J. Emerson
City Counselor's Office
Room 314, City Hall
St. Louis, MO 63103
*Attorney for Defendants St. Louis City Sheriff's Department, Sheriff Murphy, St. Louis City Division of Corrections, and Bryson*

/s/ *Karin A. Schute*
Assistant Attorney General