1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CEDRIC M. WRIGHT,            )
                            )
Plaintiff,                  )
                            )
vs.                         )   Cause No. 12-CV-107-AGF
                            )
FRANCIS SLAY,               )
                            )
Defendants.                 )

DEPOSITION OF CORPORATE DESIGNEE LAVERTA BARNES
Taken on behalf of the Plaintiff
July 30, 2013

Reported by Victoria Menaugh Fauser
CCR No. 903
CSR Missouri and Illinois

MENAUGH FAUSER REPORTING
416 SOUTH WOODLAWN AVENUE
KIRKWOOD, MISSOURI 63122
OFFICE: (314) 965-7162
FAX:  (314) 909-6631

---

3

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF:
   James O. Hacking, III
   Hacking Law Practice, LLC
   34 North Gore - Suite 101
   St. Louis, Missouri 63119
   (314) 961-8200

FOR THE DEFENDANT ST. LOUIS CITY:
   Daniel J. Emerson
   St. Louis City Counselor
   314 City Hall
   St. Louis, Missouri 63103

FOR THE DEFENDANT SLMPD:
   Karin A. Schute
   Attorney General of Missouri
   P.O. Box 861
   St. Louis, Missouri 63188

---

2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CEDRIC M. WRIGHT,            )
                            )
Plaintiff,                  )
                            )
vs.                         )   Cause No. 12-CV-107-AGF
                            )
FRANCIS SLAY,               )
                            )
Defendants.                 )

     DEPOSITION of LAVERTA BARNES, produced, sworn, and
examined on behalf of the Plaintiff on July 30, 2013,
between the hours of nine o'clock in the forenoon and five
o'clock in the afternoon of that day at the Office of the
St. Louis City Counselor, 314 City Hall, in the City of St.
Louis, State of Missouri, before VICTORIA MENAUGH FAUSER,
Certified Court Reporter in Missouri and Illinois and a
Missouri Notary Public.

---

4

PLAINTIFF'S EXHIBITS

### INDEX OF EXHIBITS

| EXHIBIT NO. | PAGE NO. IDENTIFIED |
|---|---|
| 116 Division of Corrections Answers to Interrogatores | 11 |
| 117 Notice of Deposition St. Louis Division of Corrections | 47 |

**Previously Marked**

| EXHIBIT NO. | PAGE NO. IDENTIFIED |
|---|---|
| 5 Court Order 8/22/11 | 35 |
| 18 Rule 26(a) Disclosures | 11 |
| 28 Table of Organization | 47 |
| 29 Letter From Charles Bryson to Judge Ohmer | 71 |

EXHIBIT

E

PENGAD 800-631-6989

13

```
1   provided to us was December 30th, 2011 through January 9,
2   2012.  Do you know where you obtained that information?
3        A     Are we on Page 3?
4        Q     Page 2, Question No. 3.
5            MR. EMERSON:   Right here.
6        Q     (By Mr. Hacking)  Corey Leonard is I'll represent
7   to you the person that Mr. Wright's identity was sort of
8   mixed up with.
9        A     Okay.
10       Q     So we asked about whether Mr. Leonard had been in
11  the Division of Corrections and the answer was December 30th,
12  2011 through January 9, 2012.
13       A     Okay.
14       Q     Do you know how you obtained that information?
15       A     It would be from our Jail Management System, IJMS.
16       Q     IJMS, that's what you were talking about earlier?
17       A     Yes.
18       Q     And it says that Mr. Leonard was being held in the
19  Division of Corrections pursuant to a Capias warrant on a
20  criminal case in the 22nd Judicial Circuit and the case
21  number is given; is that right?
22       A     Correct.
23       Q     What's a Capias warrant?
24       A     Failing to appear.
25       Q     And the 22nd Judicial Circuit is the city court?
```

15

```
1   to or from the SLMPD between August 20th, 2011 and
2   October 20th 2011.  And according to this answer that you
3   provided Mr. Wright was transferred to the custody of
4   Corrections from the SLMPD on August 21st, 2011; is that
5   right?
6        A     Yes.
7        Q     How would you have ascertained that information?
8        A     From our Jail Management System.
9        Q     So just to be clear, Mr. Wright was transferred
10  from the SLMPD to the Division of Corrections on August 21st,
11  2011?
12       A     Correct.
13       Q     And then Corrections transferred custody of Mr.
14  Wright to the Sheriff's Department on August 22nd, 2011 for a
15  court appearance; is that right?
16       A     Correct.
17       Q     And then the Sheriff's Department returned
18  Mr. Wright to the Division of Corrections' custody later in
19  the day on August 22nd, 2011?
20       A     Correct.
21       Q     And then Corrections transferred custody of
22  Mr. Wright to the Sheriff's Department on October 20, 2011
23  for a court appearance; is that right?
24       A     Correct.
25       Q     This says that Mr. Wright was returned to
```

14

```
1        A     Yes.
2        Q     All right.  And then Question No. 4 asks about
3   whether my client Cedric Wright has ever been in the custody
4   of the Division of Corrections.  And it says that Cedric
5   Wright was in the custody of the City Correctional System
6   from August 20th, 2011 through October 20th, 2011?
7        A     Yes.
8        Q     Is that true that Cedric Wright was in the custody
9   of the City Correctional System from August 20, 2011 through
10  October 20, 2011?
11       A     That would be what his IJMS record would reflect.
12       Q     So according to your records Mr. Wright was in the
13  custody of the Division of Corrections for those two months?
14       A     Correct.
15       Q     And it says that he was being held pursuant to a
16  Capias warrant on criminal cases in the 22nd Judicial Circuit
17  under Case No. 0922-CR00381, 0922-CR02343 and 082-CR05202; is
18  that right?
19       A     Yes.
20       Q     As far as Case No. 0922-CR00381, that's the same
21  case number that Corey Leonard was being held from
22  December 30th, 2011 through January 9, 2012; is that right?
23       A     That is correct.
24       Q     In Interrogatory No. 5 we asked about whether the
25  Division of Corrections ever transferred custody of Plaintiff
```

16

```
1   Corrections' custody that same day on the 20th --
2        A     Right.
3        Q     -- of October?  Correct?
4        A     Correct.
5        Q     And then you provided his IJMS Long Profile to sort
6   of support those statements of fact?
7        A     Right.
8        Q     All right.  The Division of Corrections operates
9   two main facilities; is that right?  The St. Louis City
10  Justice Center located at 200 South Tucker in Downtown St.
11  Louis and the Medium Security Institution on Hall Street; is
12  that right?
13       A     Correct.
14       Q     And the Division of Corrections is responsible for
15  maintaining custody of people who are either pending trial or
16  have been sentenced to a sentence of one day to one year?
17       A     Correct.
18       Q     What is your understanding, Miss Barnes, of what's
19  supposed to happen at the Division of Corrections after it
20  receives an order from a judge directing that someone be
21  released?
22       A     When we receive an order from the judge directing
23  that someone should be released, if the order is delivered to
24  us by an attorney we check the court minutes to make sure
25  that that is exactly what the -- order reads exactly with
```