IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CEDRIC M. WRIGHT,                )
                                 )
Plaintiff,                       )
                                 )   Cause No. 12-CV-107-AGF
vs.                              )
                                 )
                                 )
FRANCIS SLAY,                    )
                                 )
Defendants.                      )

VIDEOTAPED DEPOSITION of MICHAEL GUZY
Taken on behalf of the Plaintiff
February 8, 2013

Reported by Victoria Menaugh Fauser
CCR No. 903
CSR Missouri and Illinois

**MENAUGH FAUSER REPORTING**
**416 SOUTH WOODLAWN AVENUE**
**KIRKWOOD, MISSOURI  63122**
OFFICE:  (314) 965-7162
FAX:  (314) 909-6631



EXHIBIT F

1   A   That's my understanding of the matter, yes.
2   Q   Do you know whether the Sheriff's Office has ever had custody of Corey Leonard?
4   A   I don't know that.
5   Q   Okay. Do you know how I would go about finding that out?
7   A   Well, we could look at his arrest record.
8   Q   Okay. And where would you look on his arrest record to see if he had been in the custody of the Sheriff's Department or are there assumptions we can make based on the fact that he has an arrest record?
12  A   When an individual is arrested by the police on probable cause the police then seek to have them formally charged. They call it a warrant application in the popular parlance.

    If the individual is in fact charged with the crime or any crime after their -- subsequent to their arrest they become a prisoner of the court and then the Sheriff would automatically take custody of them.

    Until such time as they are formally charged they remain a prisoner of the police department and the Sheriff has no custody or control of them.
23  Q   Okay. So the police department thinks they have probable cause -- a police officer thinks he has probable cause on someone, he goes to the Warrant Office which is