# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

State of Missouri
VS
Corey Leonard

CASE NO. 0811-CR05302   DIVISION 26   August 12, 20 11

COURT ORDER

COMES NOW Assistant Circuit Attorney Patrick Carmody And Requests the Release Of Cedric Wright In the Above Matter Due to the Fact that He is Not the Proper Defendant For this Case.

ENTERED
AUG 22 2011
DT

FILED
AUG 22 2011
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

Patrick Carmody AG18
State

EXHIBIT 5

EXHIBIT J

102-305 (Rev. 2/03)