UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CEDRIC M. WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:12-cv-00107 AGF |
| | ) |
| **ST. LOUIS BOARD OF POLICE** | ) |
| **COMMISSIONERS et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS SHERIFF JAMES MURPHY,
THE ST. LOUIS CITY SHERIFF'S DEPARTMENT,
ST. LOUIS CITY DIVISION OF CORRECTIONS AND CHARLES BRYSON'S
RESPONSE INOPPOSITION TO PLAINTIFF'S
REQUEST FOR ORAL ARGUMENT**

COME NOW, Defendants Sheriff James W. Murphy, the St. Louis City Sheriff's Department, St. Louis City Division of Corrections and Charles Bryson (collectively, "Defendants"), by and through undersigned counsel, and pursuant to E.D.Mo. L.R. 78 – 4.02(B) submit the following in opposition to Plaintiff's Request for Oral Argument:

1. Plaintiff's Request for Oral Argument is violative of E.D.Mo. L.R. 78 – 4.02(B) in that it fails to set forth the reasons which warrant the hearing of oral argument.

2. Further, even if Plaintiff had complied with E.D.Mo. L.R. 78 – 4.02(B), Defendants submit that the legal arguments and uncontroverted material facts set forth in support of their Motion for Summary Judgment are straightforward and simple, and do not warrant oral argument.

WHEREFORE, Defendants pray an Order from the Court denying Plaintiff's Request for Oral Argument on their Motion for Summary Judgment, and for such other and further relief as the Court deems fair and reasonable under the premises.

Respectfully submitted,
PATRICIA A. HAGEMAN
CITY COUNSELOR

/s/ Daniel J. Emerson
Daniel J. Emerson     #56808 MO
Associate City Counselor
Attorney for Defendants Sheriff's Department, Sheriff Murphy, Corrections, and Bryson
Room 314, City Hall
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
EmersonD@stlouis-mo.gov

## Certificate of Service

I hereby certify that on November 25, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

James O. Hacking, III
Jennifer L. Shoulberg
HACKING LAW PRACTICE, LLC
34 N. Gore, Suite 101
Saint Louis, MO  63119
Attorneys for Plaintiff

Karin A. Schute
Christopher A. Hoell
Assistant Attorney Generals
P.O. Box 861
Saint Louis, MO  63188
Attorney for Defendants Slay, Irwin, Battle-Turner, Gray, Isom, Leyshock and Wismar

/s/ Daniel J. Emerson