**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CEDRIC M. WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:12-cv-00107 AGF** |
| | ) | |
| **ST. LOUIS BOARD OF POLICE** | ) | |
| **COMMISSIONERS et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT STUBBLEFIELD'S MOTION TO SUBSTITUTE DALE GLASS AS A PARTY-DEFENDANT AS HIS SUCCESSOR IN OFFICE

COMES NOW, Defendant Eugene Stubblefield ("Stubblefield") and, pursuant to FED.R.CIV.P. 25(d), respectfully moves this Court to substitute Dale Glass ("Glass"), the current Commissioner of Corrections for the City of St. Louis, as a party-defendant in the place of Stubblefield, in his official capacity. In support of this Motion, Stubblefield states the following to the Court:

1.      On December 31, 2013, the Court ordered that Stubblefield, in his official capacity as Commissioner of Corrections, be substituted as a defendant in place of Charles Bryson.

2.      On or about December 23, 2011, Stubblefield ceased to hold the office of Commissioner of Corrections.

3.      On or about June 4, 2012, Glass succeeded Stubblefield as Commissioner of Corrections.

4.      Stubblefield does not make this Motion for any improper purpose and, further, Plaintiff will not be prejudiced by the grant of this Motion.

5.      Stubblefield is concomitantly filing a memorandum of law in support of this Motion.

WHEREFORE, Stubblefield prays and Order from the Court substituting Glass as a party-defendant for all claims against Stubblefield in his official capacity, and for such other and further relief as the Court deems fair and reasonable under the premises.

Respectfully submitted,
PATRICIA A. HAGEMAN
CITY COUNSELOR

/s/ Daniel J. Emerson
Daniel J. Emerson      #56808 MO
Associate City Counselor
Attorney for Defendants Sheriff's
Department, Sheriff Murphy, Alberti, Goins,
Corrections, and Stubblefield
Room 314, City Hall
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
EmersonD@stlouis-mo.gov

**Certificate of Service**

I hereby certify that on January 2, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

James O. Hacking, III
Jennifer L. Shoulberg
HACKING LAW PRACTICE, LLC
34 N. Gore, Suite 101
Saint Louis, MO  63119
Attorneys for Plaintiff

Karin A. Schute
Christopher A. Hoell
Assistant Attorney Generals
P.O. Box 861
Saint Louis, MO  63188
Attorney for Defendants Slay, Irwin,
Battle-Turner, Gray, Isom, Leyshock and Wismar


/s/ Daniel J. Emerson