IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEDRIC M. WRIGHT, | |
| Plaintiff, | Case No. 12-CV-107-AGF |
| v. | |
| FRANCIS SLAY, et al. | |
| Defendants. | |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF

Comes now Attorney Jennifer L. Shoulberg and withdraws as attorney of record for Plaintiff Cedric Wright. Attorney James Hacking and the Hacking Law Practice remain as attorney of record for Plaintiff.

HACKING LAW PRACTICE, LLC

James O. Hacking, III, #46728
jim@hackinglawpractice.com
Jennifer L. Shoulberg, # 64152
jennifer@hackinglawpractice.com
34 N. Gore, Suite 101
St. Louis, MO 63119
P – 314-961-8200
F – 314-961-8201

## CERTIFICATE OF SERVICE

I hereby certify that on 2/13/14, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Ms. Karin A. Schute
ATTORNEY GENERAL OF MISSOURI
P.O. Box 861
St. Louis, MO 63188
john.hoelzer@ago.mo.gov
karin.schute@ago.mo.gov

Mr. Daniel J. Emerson
ST. LOUIS CITY COUNSELOR
314 City Hall
St. Louis, MO 63103
emersond@stlouiscity.com

*James O. Hacking, III*