UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CEDRIC M. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12CV00107AGF |
| | ) | |
| ST. LOUIS BOARD OF POLICE | ) | |
| COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER NUNC PRO TUNC

This matter is before the Court on its own motion.  This Court's Memorandum and Order dated December 31, 2013 (Doc. No. 135), inadvertently referred to "Mike Garanzini" and added him as a party to this action.  The correct reference and name of the party to be added is "Mark Garanzini," rather than "Mike Garanzini".

Accordingly,

**IT IS HEREBY ORDERED** that the Court's Memorandum and Order of December 31, 2013, is amended to strike all references to "Mike Garanzini" and to replace those references with "Mark Garanzini."

**IT IS FURTHER ORDERED** that the designation on the Court's docket sheet of "Mike Garanzini" as a party to this action shall be stricken and replaced with "Mark Garanzini," who is deemed a party to this action effective December 31, 2013.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2014.