# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CEDRIC M. WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 4:12-cv-00107 AGF |
| | ) |
| **ST. LOUIS BOARD OF POLICE** | ) |
| **COMMISSIONERS et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT BENJAMIN GOINS' NOTICE OF APPEAL

Notice is hereby given that Benjamin Goins, Jr., Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the order denying qualified immunity and summary judgment entered August 22, 2014 [Doc. 160.]

Respectfully submitted,
WINSTON E. CALVERT
CITY COUNSELOR

　　　/s/ Daniel J. Emerson
Daniel J. Emerson     #56808 MO
Associate City Counselor
Attorney for Defendant Goins
Room 314, City Hall
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
EmersonD@stlouis-mo.gov

**Certificate of Service**

I hereby certify that on Friday, September 05, 2014, the foregoing was electronically filed with the Clerk of this Court via the CM/ECF system, which will send a notice of electronic filing to:

James O. Hacking, III
HACKING LAW PRACTICE, LLC
34 N. Gore, Suite 101
Saint Louis, MO  63119
Attorney for Plaintiff

Karin A. Schute
Christopher A. Hoell
Assistant Attorney Generals
P.O. Box 861
Saint Louis, MO  63188
Attorneys for Defendants Slay, Irwin,
Battle-Turner, Gray, Isom, Leyshock and Wismar

/s/ Daniel J. Emerson