US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USCA#: _____

Wright v. St. Louis Board of Police Commissioners et al.

**Case Number:**

4:12cv107 AGF

| Plaintiff: | Defendant: |
|---|---|
| **Cedric M. Wright** | **Benjamin Goins, Jr.** |
| Attorney: | Attorney: |
| James O. Hacking , III<br>HACKING LAW PRACTICE, LLC<br>34 N. Gore<br>Suite 101<br>St. Louis, MO 63119<br>314-961-8200<br>Fax: 314-961-8201<br>Email: jim@hackinglawpractice.com | Daniel J. Emerson<br>ST. LOUIS CITY COUNSELOR<br>1200 Market S.<br>314 City Hall<br>St. Louis, MO 63103<br>314-622-3365<br>Fax: 314-622-4956<br>Email: emersond@stlouis-mo.gov |

**Court Reporter:**

Please return files and documents to:

Clerk, Eastern District of Missouri

Person to contact about the appeal::

Patti Dunn Wecke
Sue Moran

Beth Kirkland   244-7925

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| INTERLOCUTORY | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| DANIEL EMERSON | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?    Yes       No        Where: _____

Please list all other defendants in this case if there were multiple defendants: