# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 14, 2015

Mr. Thomas Richard McDonnell
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

     RE:  14-3066  Cedric Wright v. Benjamin Goins, Jr.
          14-3253  Cedric Wright v. St. Louis Board of Police Comm, et al

Dear Counsel:

     Enclosed is a copy of an order entered today in the above cases. The mandate is issued forthwith to the Clerk of the United States District Court.

                                      Michael E. Gans
                                      Clerk of Court

JPP

Enclosure(s)

cc:     Mr. James Oliver Hacking III
        Mr. Christopher Hoell
        Mr. Gregory J. Linhares
        Ms. Karin A Schute
        Mr. Cedric M. Wright

        District Court/Agency Case Number(s):  4:12-cv-00107-AGF
                                                              4:12-cv-00107-AGF

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No: 14-3066

———————————

Cedric M. Wright

Plaintiff - Appellee

v.

Benjamin Goins, Jr.

Defendant - Appellant

———————————

No: 14-3253

———————————

Cedric M. Wright

Plaintiff - Appellant

v.

St. Louis Board of Police Commissioners, as a body and through its members individually, in their official capacities; Francis Slay, Jr. in his official capacity as a member of the St. Louis Board of Police Commissioners; Thomas Irwin, in his official capacity as a member of the St. Louis Board of Police Commissioners; Bettye Battle-Turner, in her official capacity as a member of the St. Louis Board of Police Commissioners; Director Public Safetey City of St. Louis Richard H. Gray, in his official capacity as a member of the St. Louis Board of Police Commieeioners; Daniel Isom, in his official capacity as the Chief of Police for the St. Louis Metropolitan Police Department; Gerald Leyshock, in his official capacity as Captain and Commander of the Third District of the St. Louis Metropolitan Police Department; Andrew Wismar, in his official capacity as a police officer and in his individual capacity; Dale Glass, Commissioner of Corrections for the City of St. Louis

Defendants - Appellees

Eugene Stubblefield, Commissioner of Corrections for the City of St. Louis; James Doe, in his official capacity as a police officer and in his individual capacity; Joseph Doe, in his official capacity as a police officer and in his individual capacity

Defendants

St. Louis City Sheriff's Department, as a body and through its Sheriff, in his official capacity; James W. Murphy, in his official capacity as St. Louis City Sheriff

Defendants - Appellees

Jerald Doe, in his official capacity as a deputy sheriff and in his individual capacity; Jackson Doe, in his official capacity as a deputy sheriff and in his individual capacity; Jefferson Doe

Defendants

St. Louis City Division of Corrections, as a body and through its Commissioner, in his official capacity

Defendant - Appellee

Charles Bryson, in his official capacity as interim Commissioner of the Division of Corrections

Defendant

Justin Doe, in his official capacity as a corrections officer and in his individual capacity; Jacob Doe, in his official capacity as a corrections officer and in his individual capacity; Brian Eisele

Defendants - Appellees

Benjamin Goins, Jr.; Mike Garanzini, in his official capacity as a police officer and in his individual capacity

Defendants

Andrew Crews, in his official capacity as a police officer and in his individual capacity; Ruthann Alberti, in her official capacity as an employee of the St. Louis City Sheriff's Department and in his individual capacity

Defendants - Appellees

John Doe, in his official capacity as a police officer and in his individual capacity

Defendant

Mark Garanzini

Defendant - Appellee

------------------------------------------------------------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-00107-AGF)
(4:12-cv-00107-AGF)

------------------------------------------------------------

## JUDGMENT

The parties' joint  motion to dismiss the appeal is granted. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 14, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans